# ENTERED IN ERROR

# BY

# CLERK'S OFFICE